

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 21, 2019

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: ***United States v. Chaskel Landau, et al.*, 19 mag 10886**

Dear Judge Davison:

The Government respectfully requests that the currently sealed complaint in the above-referenced case be unsealed. The Government will also serve a copy of this letter on defense counsel. The Government is available to answer any questions the Court may have.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: */s Mathew Andrews*
Mathew Andrews
Assistant United States Attorney
(914) 993-1920

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
11/21/19