# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

January 7, 2020

VIA E-mail and ECF

Honorable Judith C. McCarthy
U.S. District Court, SDNY
300 Quarropas Street
White Plains, New York  10601

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy   1-7-2020

Re:  United States v. Chaskel Landau
     19 mj 10886

Dear Judge McCarthy:

   I am writing in regard to Chaskel Landau, who was released on November 21, 2019 pursuant to a $250,000 bond that was co-signed by two financially responsible individuals. On behalf of Mr. Landau, I respectfully ask that Your Honor approve two requests.  First, I ask that Your Honor please amend the terms of Mr. Landau's release to allow him to travel to the Northern District of New York during the pendency of this case.  The reason for this request is that Mr. Landau's family owns land in Ulster County and Mr. Landau is occasionally asked to accompany his family to this property for work related purposes.

   Second, I ask that Mr. Landau be permitted to travel to Montreal, Canada on January 9, 2020.  The reason for this request is that Mr. Landau's son – who resides in Montreal – had a baby on January 4, 2020, and the bris ceremony will take place on Saturday, January 11, 2020. If approved by Your Honor, Mr. Landau would return to New York on Sunday, January 12, 2020.

   I have spoken to Assistant United States Attorney Mathew Andrews and he does not object to these requests.  I have spoken to Winter Pascual at Pretrial Services, and he does not object to allowing Mr. Landau to travel to the Northern District and he takes no position regarding my request that Mr. Landau be permitted to travel to Montreal on January 9, 2020.  I do note, Mr. Pascual did indicate that Mr. Landau has been fully compliant with the terms of his release.

   Thank you very much for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Mathew Andrews (Mathew.Andrews@usdoj.gov)
      Pretrial Officer Winter Pascual (Winter_Pascual@nyspt.uscourts.gov)
      Chaskel Landau