UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

CHASKEL LANDAU

Defendant.

------------------------------------------------------------x

STIPULATION IN SUPPORT OF APPLICATION FOR 11th OR SUBSEQUENT ORDER OF CONTINUANCE AND 11th ORDER OF CONTINUANCE

19 Mag. 10886

The United States of America and the defendant jointly request and agree that the time period from **9/23/20 to 10/21/20** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Sections 371 and 1960. The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. Specifically, the defendant recently filed a deferred prosecution request with the Government and the Government is reviewing the application.

Given the serious nature of the charges, the Government and the defense agree that there is good cause for an additional exclusion of time so that the parties may complete plea negotiations.

By the following signatures we agree and consent to the exclusion of time noted above:

| | | | |
|---|---|---|---|
| [signature] | 9/22/20 | [signature] | 9/22/20 |
| Defendant's Counsel<br>Jonathan New, Esq. | Date | Assistant U.S. Attorney<br>Mathew Andrews | Date |

The defendant states that he/she has been fully advised by counsel of his/her rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request.

| | |
|---|---|
| Defendant<br>Chaskel Landau | Date |

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **9/23/20 to 10/21/20** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the

public and the defendant in a speedy trial, for the reasons set forth above. ~~The Court further orders:~~ jm ________________________________.

Dated: 9-23-2020
White Plains, New York

**SO ORDERED**

Judith C. McCarthy

Hon. Judith C. McCarthy
United States Magistrate Judge

BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

September 23, 2020

**VIA ECF**

The Honorable Judith C. McCarthy
United States District Court for the Southern
District of New York
300 Quarropas Street
White Plains, New York 10601

*Re:* *United States v. Landau et al.*, No. 19-m-10886

Dear Judge McCarthy,

Baker & Hostetler LLP represents Chaskel Landau in the above-referenced matter. I write with regard to the Application for an 11th Order of Continuance jointly submitted by the United States and the defendant. I confirm that I advised Mr. Landau that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time under the Constitution and Rules and Laws of the United States. Although the COVID-19 pandemic has prevented me from meeting in person with Mr. Landau and obtaining his signature, Mr. Landau consents and agrees to the additional exclusion of time.

Please let me know if the Court requires any additional information.

Sincerely,

Jonathan B. New

Cc: AUSA Mathew Andrews