# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T  212.589.4200
F  212.589.4201
www.bakerlaw.com

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

December 16, 2020

**VIA ECF**

The Honorable Paul E. Davison
United States District Court for the Southern
District of New York
300 Quarropas Street
White Plains, New York  10601

Re:      *United States v. Landau et al.,* No. 19-m-10886

Dear Judge Davison,

   Baker & Hostetler LLP represents Chaskel Landau in the above-referenced matter. I write with regard to the Application for a 14th Order of Continuance jointly submitted by the United States and the defendant. I confirm that I advised Mr. Landau that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time under the Constitution and Rules and Laws of the United States. Although the COVID-19 pandemic has prevented me from meeting in person with Mr. Landau and obtaining his signature, Mr. Landau consents and agrees to the additional exclusion of time.

   Please let me know if the Court requires any additional information.

        Sincerely,

        Jonathan B. New

cc:    AUSA Mathew Andrews
       Andrew Goldstein, Esq.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC