# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **19 Mag. 10886**               Date **2/9/21**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint         ☐ Removal Proceedings in

*United States v.* **Neuman et al.**

The Complaint/Rule 40 Affidavit was filed on **11/19/19**

*U.S. Marshals please withdraw warrant*

MATHEW ANDREWS
Digitally signed by MATHEW ANDREWS
Date: 2021.02.09 18:01:44 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**
DATE: **2/10/21**

*/s/ Andrew Krause*

UNITED STATES MAGISTRATE JUDGE